**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2107**

_____

WILLIAM WAGNER,

             Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:12-cv-00130-GCM)

_____

Submitted:  June 19, 2015                Decided:  June 30, 2015

_____

Before WILKINSON and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Leonard T. Jernigan, Jr., Margaret Hayes Jernigan, JERNIGAN LAW FIRM, Raleigh, North Carolina, for Appellant.  Jill Westmoreland Rose, Acting United States Attorney, James M. Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Wagner appeals the district court's orders dismissing, after a bench trial, his negligence action brought pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §§ 1346(b), 2671–2680 (West 2006 & Supp. 2014), and denying his motion for a new trial. We have considered the parties' arguments and have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wagner v. United States, No. 3:12-cv-00130-GCM (W.D.N.C. Apr. 2, 2014; Aug. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2